**Order issued June 15, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-20-00464-CV**

_____

**BDTP. LLC, SHAWN NYAHAY, AND WESLEY T. FORTUNE, Appellants**

**V.**

**UNITED STRUCTURES OF AMERICA, INC.; PRECISION BUILDING SYSTEMS, INC., ERWIN WEEKS CRAWFORD, IV AND ASHLEY CRAWFORD, Appellees**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-48435**

---

**MEMORANDUM ORDER**

Because appellants failed to make payment arrangements for the filing of the

reporter's record, this Court issued an order on January 5, 2021, advising appellants

that the Court would consider and decide those issues that did not require a reporter's

record for a decision. *See* TEX. R. APP. P. 37.3(c). Appellants' briefs were due to be filed on February 4, 2021.

Appellant, Wesley T. Fortune, filed a pro se brief on February 8, 2021. The reporter's record was filed on March 1, 2021. Appellees Precision Building Systems, Inc., Erwin Weeks Crawford IV, and Ashley Crawford, who are represented by counsel, filed a brief on March 24, 2021. Appellee United Structures of America, Inc., also represented by counsel, filed a brief on March 24, 2021. On April 19, 2021, appellant Shawn Nyahay filed a pro se brief.

Appellant, BDTP, LLC, as well as other appellants, Shawn Nyahay and Wesley T. Fortune, were represented by counsel until October 2020 when counsel withdrew. Although Nyahay and Fortune may continue pro se, "[e]xcept for the performance of ministerial tasks, corporations may appear and be represented only by a licensed attorney." *MHL Homebuilder LLC v. Dabal/Graphic Resource*, No. 14–05–00295–CV, 2005 WL 1404475, at *1 (Tex. App.—Houston [14th Dist.] June 16, 2005, no pet.) (per curiam) (mem. op.) (citing *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996)).

Accordingly, on March 30, 2021, this Court issued an order advising appellant BDTP that it could appear in this Court only if represented by counsel and granting BDTP additional time to hire counsel. The Court advised BDTP that the appeal

2

might be dismissed unless BDTP responded within 20 days, or by April 19, 2021. No counsel appeared for BDTP.

On April 19, 2021, BDTP filed a motion for extension of time to hire counsel. Appellee, United Structures, opposed this motion and asked that we deny it and dismiss the appeal. Because the Court could not consider a motion filed by BDTP without counsel, we denied the motion, but the Court on its own motion granted BDTP additional time to hire counsel. The Court stated that the appeal might be dismissed unless appellant filed a response indicating that counsel had been obtained by May 12, 2021. No response has been received and no counsel has made an appearance on BDTP's behalf.

The appeal of BDTP, Inc. is **dismissed.** *See* TEX. R. APP. P. 42.3. The appeal of appellants Shawn Nyahay and Wesley T. Fortune will continue. Appellee United Structures filed an amended brief on June 1, 2021. Accordingly, United Structure's pending motion for extension of time to file its brief is dismissed as moot. Appellees Precision Building Systems, Erwin Weeks Crawford IV, and Ashley Crawford have filed two motions for extension of time to file an amended brief. We grant those motions and extend the deadline for those appellees to file its amended brief to June 30, 2021.

This interlocutory order will become final when a judgment is issued in this cause number.

It is so **ORDERED.**

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Rivas-Molloy.